IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Gloria Stutts, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Charming Shoppes Outlet Stores, ) <br> LLC, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Civil Action No.: 4:09-3127-TLW <br><br> **QUALIFIED PROTECTIVE ORDER** |

This Qualified Protective Order ("Order") is presented to the Court pursuant to 45 C.F.R. § 164.512(e) of the Privacy Standards promulgated pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). The parties agree to comply fully with the terms and conditions of this Order.

1. This Order shall apply to the production of all documents produced pursuant to the attached Subpoenas, such documents hereinafter referred to ("Records from all healthcare providers").

2. The Records of plaintiff, Gloria Faye Stutts, from all healthcare providers shall be used only in the course of the above-captioned proceedings and provided to all counsel of record.

3. Upon conclusion of this action, the Records from all healthcare providers, and all copies thereof, shall either be returned to defendant and third-party plaintiff's counsel or destroyed.

4. By approval of this Order, the parties agree to be bound by the conditions of this Order.

AND IT IS SO ORDERED.

_____
Honorable Judge Terry L. Wooten
Florence Division US District Court of South Carolina

Columbia, South Carolina

January 14, 2010

WE MOVE AND AGREE:

SOWELL GRAY STEPP & LAFFITTE, LLC


By: S / Rebecca Laffitte
     Rebecca Laffitte
     ID No. 1036
     rlaffitte@sowell.com
     J. Michael Montgomery
     ID No. 10290
     mmontgomery@sowell.com
     Post Office Box 11449
     Columbia, SC 29211
     (803) 929-1400

Attorneys for Defendant, Charming Shoppes Outlet Stores, LLC

WE CONSENT AND AGREE:

MAGUIRE LAW FIRM


By: S / Ian D. Maguire
    Ian D. Maguire
    ID No. 6282
    607 Briarwood Drive, Ste. 1
    Myrtle Beach, South Carolina 29572
    (843) 361-7549

Attorneys for Plaintiff, Gloria Stutts